**AMERICAN SEATING COMPANY, Plaintiff–Appellant,**

v.

**USSC GROUP, INC., Defendant– Cross Appellant.**

Nos. 2006–1651, 2007–1018.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2006.

---

*ORDER*

Upon consideration of American Seating Company's motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) Absent objection received within 10 days of the date of filing of this order, the above-captioned appeals will be dismissed and each side shall bear its own costs.

(2) USSC Group, Inc. motion to dismiss is moot.

---

**Terry M. JACKSON, Claimant– Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2006–7359.

United States Court of Appeals, Federal Circuit.

Nov. 28, 2006.

---

*ORDER*

Upon consideration of Terry M. Jackson's unopposed motion for voluntary dismissal of his notice of appeal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

\* We note that Terry M. Jackson requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.